UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 MAR 29 P 2:31

SIGN_____
BY DEP_____

JAMES CHIASSON
(#159874)

VERSUS

DOUG WELBORN, ET AL

CIVIL ACTION

NO. 07-80-A

## RULING

The court after carefully considering the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 4) of United States Magistrate Judge Stephen C. Riedlinger dated February 6, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed for lack of subject matter jurisdiction.

Judgment to be entered accordingly.

Baton Rouge, Louisiana, March 29, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA